In the Matter of .................., an Attorney.— The court takes this occasion to emphasize anew that champerty, maintenance, ambulance chasing and solicitation of business by attorneys are serious offenses against the public welfare, and that it is the duty of the court to take active steps to eradicate such evils. (*Matter of Bar Assn.*, 222 App. Div. 580.) With this end in view, it.is deemed proper to issue timely warning that, in the discharge of its duty, increasingly severe penalties will be imposed, if necessary in proper cases in the future, to the end that these abuses shall be corrected. The attorney is censured, and his conduct disapproved. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

CASCADE AUTOMATIC SPRINKLER CORPORATION, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 22060.) — Motion for reargument granted and on reargument the decision of March 21, 1936 (247 App. Div. 226), and the former decision of June 25, 1936 (*ante*, p. 795), rendered on former motion for reargument, together with the respective orders entered thereon, are amended to read as follows: Judgment and decision of the Court of Claims modified so as to declare chapter 694 of the Laws of 1931 constitutional, and as modified judgment affirmed, with costs. The court reverses the following findings of fact: " Third," " Fourth," " Fifth " and " Seventh " contained in the State's requests to find; " Thirteenth," " Seventeenth " and " Eighteenth " contained in the decision; and all findings of fact contained in any conclusion of law. The court makes the following · findings of fact: " Fourth," " Eighth," " Ninth," " Tenth," " Eleventh," " Twelfth " and " Thirteenth " contained in the claimant's requests to find; also that the claimant has been paid the sum of $8,764.75 by the State for its work and materials furnished pursuant to said contract. The court disapproves the following conclusions of law: " Second " and " Fourth " contained in the decision. The court finds as a conclusion of law the first proposed conclusion of law contained in claimant's requests to find. Hill, P. J., Crapser, Bliss and Heffernan, JJ., concur; Rhodes, J., dissents and votes to reverse and to grant judgment for claimant on the authority of *Afgo Engineering Corp.* v. *State of New York* (244 App. Div. 395; affd., 268 N. Y. 716), but concurs so far as this court holds the Enabling Act constitutional, and that the claim originally had merit.

CHARLES L. BRIDGEMAN, Appellant, v. EDWARD L. ANDRUS and Another, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.